United States District Court
Southern District of Texas
**ENTERED**
September 24, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIAM M. RUSSELL, *et al.*, | § | |
| | § | |
| Plaintiffs. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-1985 |
| | § | |
| CITI MORTGAGE, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

On May 9, 2025, this case was referred to United States Magistrate Judge Richard W. Bennett for all pretrial purposes. (Dkt. 6). Judge Bennett filed a Memorandum and Recommendation on August 19, 2025, recommending that this case be **DISMISSED WITHOUT PREJUDICE** for failure to comply with a Court order and failure to prosecute. (Dkt. 25).

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1)     Judge Bennett's Memorandum and Recommendation (Dkt. 25) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2)     This case is **DISMISSED WITHOUT PREJUDICE** for failure to comply with a Court order and failure to prosecute.

It is so **ORDERED**.

SIGNED and ENTERED this 24th day of September 2025.

_____

GEORGE C. HANKS, JR.

UNITED STATES DISTRICT JUDGE